UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ERIC HATTER,<br><br>    Defendant. | Case No. 14cr1811-GPC<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On November 30, 2015, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ROBERT ERIC HATTER in the properties listed in the Forfeiture Allegations of the Indictment, namely,

        **a)**     **A Sig Sauer AR-15 5.56 rifle, Serial No. 20C078315;**
        **b)**     **A Remington Model .22 caliber rifle;**
        **c)**     **1,100 rounds of .22 caliber ammunition;**
        **d)**     **187 rounds of .45 caliber handgun ammunition;**
        **e)**     **109 rounds of 12-gauge shotgun ammunition;**
        **f)**     **737 rounds of 5.56 ammunition;**
        **g)**     **Two .45 caliber 10-round magazines;**
        **h)**     **Four 5.56 42-round rifle magazines;**
        **i)**     **A 10-round .22 caliber magazine;**

//

      **j)    A 30-round AR-15 magazine; and**

      **k)    Two .22 caliber 30-round magazines.**

For thirty (30) consecutive days ending on February 5, 2016, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On January 13, 2016, Notice of Order of Forfeiture was sent by Federal Express as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Jonnie Currie Hatter<br>834 Gail Drive<br>Weatherford, TX 76085 | 775409181756 | Delivered. |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ROBERT ERIC HATTER and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

      **a)    A Sig Sauer AR-15 5.56 rifle, Serial No. 20C078315;**

      **b)    A Remington Model .22 caliber rifle;**

      **c)    1,100 rounds of .22 caliber ammunition;**

      **d)    187 rounds of .45 caliber handgun ammunition;**

      e)      109 rounds of 12-gauge shotgun ammunition;

      f)      737 rounds of 5.56 ammunition;

      g)      Two .45 caliber 10-round magazines;

      h)      Four 5.56 42-round rifle magazines;

      i)      A 10-round .22 caliber magazine;

      j)      A 30-round AR-15 magazine; and

      k)      Two .22 caliber 30-round magazines.

IT IS FURTHER ORDERED that costs incurred by the Immigration and Customs Enforcement ("ICE") and any other governmental agencies which were incident to the seizure, custody and storage of the properties, be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that ICE shall dispose of the forfeited properties according to law.

Dated: May 5, 2016

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge